FILED: 2/10/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kathleen Zajkowski,* | CASE NO. ED CV 11-2067-GHK (MANx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| *Green Tree Servicing, LLC* | |
| Defendant. | |

Pursuant to the Court's February 10, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Kathleen Zajkowski's ("Plaintiff") claims against Defendant Green Tree Servicing, LLC are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 10, 2012

_____
GEORGE H. KING
United States District Judge