FILED: 2/10/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Kathleen Zajkowski,* <br><br> **Plaintiff,** <br><br> v. <br><br> *Green Tree Servicing, LLC* <br><br> **Defendant.** | CASE NO. ED CV 11-2067-GHK (MANx) <br><br> **JUDGMENT** |

Pursuant to the Court's February 10, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiff Kathleen Zajkowski's ("Plaintiff") claims against Defendant Green Tree Servicing, LLC are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: February 10, 2012

_____
GEORGE H. KING
United States District Judge